UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00159-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  MARVIN KOZAK,

   Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, May 12, 2011,** and responses to these motions shall be filed by **Thursday, May 19, 2011.**  It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 27, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated:  April 28, 2011

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge