UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00159-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARVIN KOZAK,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict of the Court, the change of plea hearing set for August 19, 2011 is **VACATED and RESET to Tuesday, August 30, 2011 at 9:00 a.m.**

      Dated:  June 13, 2011